Erica STEWART, Appellant,

v.

CONAGRA FOODS, INC., Appellee.

No. 06–3185.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 19, 2007.

Filed: Oct. 24, 2007.

Erica Stewart, St. Louis, MO, pro se.

Carolyn Brack Witherspoon, Brian Anthony Vandiver, Cross & Gunter, Little Rock, AR, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Erica Stewart appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action against her former employer, ConAgra Foods, Inc. Having carefully reviewed the record and considered Stewart's arguments, we find no basis for reversal. *See Jacob–Mua v. Veneman*, 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.